# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **BOBBY LEE SCALES** | ) |
| | ) |
| v. | ) Case Numbers: CV 99-S-8004-NE |
| | )                                    CR 96-S-227-NE |
| **UNITED STATES OF AMERICA** | ) |

## ORDER

On August 12, 2005 the magistrate judge's findings and recommendation was filed and the parties were allowed therein fifteen (15) days in which to file objections to the recommendation made by the magistrate judge. No objections have been filed.

After careful consideration of the record in this case and the magistrate judge's findings and recommendation, the Court hereby ADOPTS the findings of the magistrate judge. The Court further ACCEPTS the recommendations of the magistrate judge. It is therefore ORDERED, ADJUDGED and DECREED that the motion to vacate, set aside or correct sentence is DENIED.

DONE this 19th day of September, 2005.

_____
United States District Judge